### Removal of Cause—Separable Controversy.

CORBIN *v.* VAN BRUNT, U. S. Sup. Ct. Oct. Term, 1881. Error to the circuit court of the United States for the eastern district of New York. The case was decided in the supreme court on May 8, 1882. Mr. Chief Justice *Waite* delivered the opinion of the court, affirming the order of the circuit court.

Where the real controversy is about the right to the possession of land, and so far as the title is concerned it appears that citizens of the state in which suit is brought are the only parties interested, and they occupy both sides of that controversy, the cause is not removable under the second clause of section 2 of the act of 1875, as there are no separate controversies, such as admit of separate and distinct trials.

Randall Hagner, for plaintiff in error.

J. J. McElhone and Joseph K. McCammon, for defendants in error.

Cases cited in opinion: The Removal Cases, 100 U. S. 457; Blake v. McKim, 103 U. S. 336; Hyde v. Ruble, 3 Morr. Tr. 516.

### Removal of Causes—Revenue Cases.

VENABLE *v.* RICHARDS, U. S. Sup. Ct. Oct. Term, 1881. Error to the circuit court of the United States for the eastern district of Virginia. The opinion in this case was delivered by Mr. Justice *Harlan* on May 8, 1882, affirming the judgment.

Section 643 of the Revised Statutes, providing for the removal of both civil and criminal prosecutions of a limited class arising under the laws of the United States without regard to the amount involved, is not in conflict with the act March 3, 1875, providing for the removal of civil causes to the circuit court; and the act of 1875, so far as it embraces suits arising under the laws of the United States, does not preclude a removal of a suit of the class defined in section 643.

W. P. Burwell, for plaintiff in error.

S. F. Phillips, Solicitor Gen., for defendant in error.